Submitted on briefs April 14, affirmed May 16, rehearing denied June 29, 1927.

OLGA WILLIAMSON *v.* C. F. RANDOLPH ET AL.

(256 Pac. 186.)

**Appeal and Error—In Absence of Bill of Exceptions and Transcript of Testimony, Trial Court's Findings, Held Conclusive.**

Where the record presents no bill of exceptions and no transcript of testimony, the findings of the trial court are conclusive upon questions of fact.

---

Appeal and Error, 4 C. J., p. 186, n. 60, 61, p. 416, n. 3, p. 547, n. 86, p. 548, n. 91.

From Multnomah: GEORGE G. BINGHAM, Judge.

In Banc.

This is an appeal from an action upon a promissory note which was in the usual form, and in which the defense was lack of consideration. There were

---

See 2 R. C. L. 135.

findings and a judgment for the plaintiff and the defendants Eschman, Sorich and Parsons appeal.

AFFIRMED.   REHEARING DENIED.

For appellants there was a brief over the name of *Messrs. Lord & Moulton.*

For respondent there was a brief over the name of *Messrs. McGuirk & Schneider.*

McBRIDE, J.—The questions raised on this appeal are entirely questions of fact which are discussed at some length in the briefs of both parties; but there is no bill of exceptions and no transcript of testimony, and, in that condition of the record, the findings of the Circuit Court are conclusive upon these questions and the judgment is affirmed.

AFFIRMED.   REHEARING DENIED.